# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## CRIMINAL MINUTES - ARRAIGNMENT AND PLEA

Case No. 5:06CR00014-001                                             Date 10/4/06

U.S.A. vs. Kamal Nigel Williams                     Counsel Helen Phillips
1. (**x**) present (**x**) custody ( ) bond ( ) age     (**x**) present ( ) retained (**x**) appointed
Counsel _____
2. ( ) present ( ) custody ( ) bond ( ) age             ( ) present ( ) retained ( ) appointed
Counsel _____
3. ( ) present ( ) custody ( ) bond ( ) age             ( ) present ( ) retained ( ) appointed
Counsel _____
4. ( ) present ( ) custody ( ) bond ( ) age             ( ) present ( ) retained ( ) appointed

PRESENT: HON. Samuel G. Wilson , JUDGE    USPO: Brian Murphy & Sami Cilek

| K. Bauserman | Melynda Flaherty, Hart Reporting | Rusty Fitzgerald |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

**PROCEEDINGS:**

___ Waiver of Indictment filed       ___ Information filed       ___ Waived Appt. of Counsel

___ Arraignment and plea continued to _____

___ Juvenile Information filed with Certificate of U.S. Attorney that State Court refuses jurisdiction

___ Defendant states that true name is _____ Given COPY Indictment
(Information)

___ Defendant waives reading of Indictment-Information   ___ Indictment-information read

**X** Defendant is ARRAIGNED and specifically advised of his rights, pur: Rule 11 F. R. C. P.

___ Defendant moves to CHANGE PLEA       ___ Court grants motion

**X** Plea Agreement filed with/stated to Court

**X** Defendant is re-arraigned as to Ct(s) 1 & 3

___ Continued for plea to _____

**X** Court questions defendant regarding his physical and mental condition, and advises defendant of the nature and possible consequences of said plea

**X** Court accepts _____ plea of guilty

**X** Guilty Plea form executed and filed

**X** Government summarizes evidence to support plea and rests    Witness: SA Eric Flagg, ATF

**X** Court finds defendant guilty as charged in Ct(s) 1 & 3

| DEFENDANT PLEADS: | G | NG | NOLO | DISMISSED ON MOTION OF U.S.A. |
|---|---|---|---|---|
| (list counts) 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |

___ Assigned for hearing on pending motions on _____

___ Assigned to calendar of Judge _____ for all further proceedings.

___ Trial set for _____                       ___ Continued to _____
        ( ) Jury  ( ) Non-jury                                 for setting for trial

___ Court received Presentence Report.        ___ Copy of Presentence Report not requested.

**X** Court orders Presentence Report.        ___ Copy of same furnished to counsel.

___ Defendant to remain on bond.              **X** Defendant remanded to custody.

Case continued until 12/13/06 at 9:00am for sentencing.

Time in Court: 9:12-10:00, Total=48 minutes