# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION
## Sentencing Minute Sheet

Case No.:5:06cr00014-001
Date: 12/13/06
U.S. v. Kamal Nigel Williams
Presiding Judge: Wilson
AUSA: Rusty Fitzgerald
Agency/Agent: Eric Flagg - ATF
USPO: Sami Cilek
Interpreter:
Deputy Clerk: K. Bauserman
Court Reporter: Sonia Ferris, OCR

| Defendant(s) | Attorney(s) for Defendant(s) |
|---|---|
| (1) Kamal Nigel Williams | (1) Helen Phillips |
| _x_ present _x_custody __bond ___O/R | _x_present __x__cja ____ret |

**Proceedings:** SENTENCING

No objections from either party.

Ct: makes findings for the record

Gov: recommends the low-end of the guideline range.

Ct: sentences the dft.

Guilty to Count(s) __1 & 3__   Count(s) Dismissed __7__

CBOP: _262 months as to ct 1 & 60 months as to ct 3 to run consecutively for a total of 322 months_

Probation: _____

Supervised Release _5 years as to cts 1 & 3 to run concurrenlty_____

____ Defendant to be given credit for time already spent in custody.

## SPECIAL CONDITIONS OF SUPERVISED RELEASE/PROBATION:

__x___ The defendant shall comply with the Standard Conditions that have been adopted by this court.

__x___ The defendant shall pay any special assessment, fine, and/or restitution that is imposed by this judgment.

_ x __ The defendant shall participate in a program of testing and treatment for substance abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.

__x__ The defendant shall not possess a firearm or destructive device and shall reside in a residence free of firearms and destructive devices.

__x__ The defendant shall submit to warrantless search and seizure of person and property as directed by the probation officer, to determine whether the defendant is in possession of illegal controlled substances and/or firearms.

Fine __        __x_ Fine is waived or below guideline range because of defendant's inability to pay.
             ____ Payable in _____ installments of _____ beginning ____.
             ____ Interest waive.

Restitution _____ ☐ Full restitution is not ordered for the following reason(s):

S/A _$ 200.00_____

__x___ Due immediately

__x__ Defendant is notified of his/her appeal rights.

__x_ Court recommends that the defendant be housed _at Beckley, WV and receive intensive drug treatment while incarcerated._

__x__ Defendant remanded to custody of the USMS.

Time in court: 1:50-2:05, Total time: 15 minutes