

U.S. Department of Justice

Federal Bureau of Prisons

---

*Designation & Sentence Computation Center*
*346 Marine Forces Drive*
*Grand Prairie, Texas 75051*

June 15, 2007

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 26 2007

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

The Honorable Samuel G. Wilson
Judge of the U.S. District Court
  for the Western District of Virginia
308 Richard H. Poff Federal Building
210 Franklin Road, SW
Roanoke, VA  24011

**Re: WILLIAMS, Kamal Nigel**
    Reg. No. 12084-084
    Docket No. DVAW506CR000014-001

Dear Judge Wilson:

This is in response to the Court's recommendation that Kamal Williams serve his term of confinement at the Federal Correctional Institution in Cumberland Maryland, or the Beckley Federal Correctional Institution in Beaver, West Virginia. The Court also recommended he participate in the Residential Drug Abuse Program (RDAP). Mr. Williams was sentenced in your court to a 322-month term for Conspiracy to Possess with Intent to Distribute More than 50 Grams of Cocaine Base and 500 Grams of Cocaine and Possession of a Firearm in Furtherance of a Drug Trafficking Crime.

Unfortunately, we were unable to follow the Court's recommendations. Mr. Williams has been classified as a high security level offender. The facilities recommended by the Court house minimum, low, and medium security level offenders. Accordingly, Mr. Williams and has been designated to the Big Sandy high security level facility in Inez, Kentucky. Although the RDAP is not available at high security level facilities, staff will encourage Mr. Williams to participate in a variety of substance abuse education and counseling programs offered at the facility. Should Mr. Williams become eligible for transfer, he will be considered for a facility which offers the RDAP, if determined eligible under the established program criteria.

Although we were unable to follow the Court's recommendations in this case, please be assured of our continued commitment to satisfy judicial recommendations whenever possible.

Sincerely,

Delbert G. Sauers
Chief

jrj
cc: Warden, USP Big Sandy