CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

APR 14 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

3-31-08

Dear Court Clerk,

My name is Kamal Williams I was sentenced to 322 months in U.S. district Court Western District of Virginia, my case number is DVAW506CR000014-001. My Attorney is Helen Phillips, I have been trying to get in contact with MS Phillips but have been unsuccessful her number is disconnected. I am trying to see if she will handle some unresolved issues. In addition I need an attorney to handle the new crack law issues that apply to me. Can you please help me if possible if not please point me in the right direction.

Thank You
Kamal Williams

INMATE NAME: Kamal Williams

REGISTER NUMBER: 12084-084

U.S.P. BIG SANDY
P.O. BOX 2068
INEZ, KY 41224



U.S. District Court Clerk
116 N. Main St
Harrisonburg, VA
22802

22802+3202-16 C007