℅AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

APR 17 2008

JOHN F. CORCORAN, CLERK
BY: _____ DEPUTY CLERK

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| KAMAL NIGEL WILLIAMS ) | Case No: 5:06cr00014-1 |
| ) | USM No: 12084-084 |
| Date of Previous Judgment: December 19, 2006 ) | |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☒ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: _____      Amended Offense Level: _____
Criminal History Category: _____   Criminal History Category: _____
Previous Guideline Range: _____ to _____ months   Amended Guideline Range: _____ to _____ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS
Defendant is ineligible for a reduction because his total offense level and resulting custody range were produced by the career offender guideline, which is unaffected by Amendment 706 of the United States Sentencing Guidelines.

Further, to the extent defendant requests the appointment of counsel to assist in this matter, his request is DENIED.

Except as provided above, all provisions of the judgment dated    12/19/2006    shall remain in effect.
**IT IS SO ORDERED.**

Order Date: April 17, 2008
_____
Judge's signature

Effective Date: April 27, 2008      Samuel G. Wilson, United States District Judge
(if different from order date)           Printed name and title