

# U.S. DISTRICT COURT

Office of the Clerk
210 Franklin Road, SW
Roanoke, VA 24006
Julia C. Dudley, Clerk

540/857-5106 (office)     540/857-5110 (fax)

September 18, 2015

Mr. Kamal Nigel Williams #12084-084 Qtr. LB
Federal Correctional Institution
P. O. Box 4000
Manchester, KY  40962-4000

RE:     5:06cr14 / USA v. Kamal Nigel Williams
        Court Date:   December 13, 2006; criminal sentencing

Dear Mr. Williams:

This letter is in response to your request for the above transcript referenced in your letter to the court.

The estimate of the above hearing is listed below:

| | |
|---|---|
| Ordinary Service – 30 day delivery | 13 pgs. @ $3.65 = $47.45 |
| 14 Day delivery | 13 pgs. @ $4.25 = $55.25 |
| 7 Day Expedited delivery | 13 pgs. @ $4.85 = $63.05 |

At this time, in order to proceed any further, a cashier's check or money needs to be made payable to Sonia Ferris, Official Court Reporter.   Please indicate the type of delivery is needed when you send the funds.   It is to be sent to U.S. District, 116 North Main Street, Harrisonburg, VA 22802.

Upon receipt of the payment of the type of service you need, the transcript will be delivered in the requested delivery based upon your payment by the court reporter to your place of institution as "Legal Mail".

If you have any further questions, please feel free to contact us at the address referenced above.

Respectfully,

B. K. Dameron
Court Reporter Coordinator

/bkd

cc:  Sonia Ferris, OCR